# EXHIBIT 6

**Subject:** Allowed subject matter
**From:** JohnF75712@aol.com
**Date:** Tue, 29 Nov 2005 16:29:12 EST
**To:** KBlake@EPRTtechnologies.com
**CC:** alteronics@global411.net

Dear Katherine:

the examiner, or more accurately, her new supervisor has issued an office action (after the appeal was taken and brief filed) in which he has allowed Method Claims 3 & 4 (copies attached) - i have also included Claim 23 to which each of these allowed claims make reference. The dependent Claims 3 & 4 are to be read as including all of the limitation of Claim 23 - where a limitation in Claim 23 is further defined (as in Claims 3 & 4), the limitations of Claim 3 & 4 respectively replace the limitation in Claim 23

The appeal is still going forward, because we are entitled to broader coverage - specifically coverage as to the configuration of the wrap itself.

any questions, pls advise - John

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.385 / Virus Database: 268.2.3/281 - Release Date: 3/14/2006

**Allowed Claims 3 & 4.doc**
**Content-Type:** application/octet-stream
**Content-Encoding:** base64

**_AVG certification_.txt**
**Content-Type:** text/plain
**Content-Encoding:** 7bit

Allowed subject matter

3. The method of Claim 23, wherein Step (B) comprises applying a current with a current density of less than 5 microamperes per square inch of said electrode wrap, to the individual in need thereof.

4. The method of Claim 23, wherein Step (B) comprises applying a current of 1 femtoampere to 20 microamperes, with a duty cycle of .00065 Hz to .00085 Hz and at a current density of less than 5 microamperes per square inch of said electrode wrap.

23. In an electrotherapy method wherein an electrode is placed proximate to a damaged tissue mass, or on the surface of the skin, that is contiguous with said damaged tissue mass, a microcurrent applied through said electrode to said damaged tissue mass, in accordance with a defined treatment regime, and the method repeated, as needed, to promote healing of said damaged tissue mass, wherein the improvement comprises:

    A. Providing

        (i) a body conformable, electrode wrap of composite construction consisting essentially of a first layer comprising a moisture absorbent material for placement proximate to a damaged tissue mass, a second layer of elastomeric material, in electrical contact with said first layer and a source of electrical current, said second layer comprising an essentially uniform dispersion of conductive particles within said elastomeric material, and means, associated with said second layer, for connecting said electrode to a said source of direct electric current;

        (ii) means for connecting a said source of direct current connected to said electrode wrap;

        (iii) means for activating said electrode wrap with electrical energy from said source of direct electric current;

        (iv) means for periodically reversing polarity of said direct electric current; and

      (v)    means for inactivating said electrode wrap, thereby terminating flow of direct electric current to said electrode wrap, from said source of direct electric current;

B.     Saturating said first layer of said electrode wrap with an electrically conductive fluid;

C.     Placing said electrode wrap upon an individual for treatment of a damaged tissue mass so as to essentially completely encircle said damaged tissue mass with said electrode wrap; and

D.     Applying an alternating direct current with a duty cycle of .00065 Hz to .00085 Hz, to said electrode wrap, in accordance with a therapeutic protocol, so as to effect essentially uniform dispersal of electrical energy within said second layer of said electrode wrap, and, thereby, over said first layer of said electrode wrap proximate to said damaged tissue mass,

with the proviso that each of said first and each of said second layer of said wrap are essentially coextensive with one another, and otherwise conform to a portion of an individual's body so as to provide an essential uniform pattern of therapeutic energy distribution; and

C.     Repeating Step (D) at least one additional time.