IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:13-cv-23893-HUCK/OTAZO-REYES

THRISOINT PTY. LTD.,
a Belize International Business
Company; and EPRT TECHNOLOGIES,
INC., a California corporation,

        Plaintiff,

v.

JOHN H. FARO,
an Individual; and Technology
Business Law Group, LLC, a Florida
limited liability company d/b/a
Faro & Associates,

        Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

COMES NOW Plaintiff THRISOINT PTY. LTD and Defendants JOHN H. FARO and TECHNOLOGY BUSINESS LAW GROUP, LLC ("Parties") and hereby notify this Court that the Parties have reached a settlement in this matter.

| | |
|---|---|
| Faro & Associates | CRGO Law |
| 1395 Brickell Avenue, Suite 800 | 7900 Glades Road, Suite 520 |
| Miami, FL  33131 | Boca Raton, FL  33434 |
| Telephone: (305)761-6921 | Telephone: (561)922-3837 |
| Facsimile: (305)726-0029 | Facsimile: 561-244-1062 |
| Johnf7571@aol.com | mchaiken@crgolaw.com |
| | |
| By: /s/ *John H. Faro, Esq* | By: /s/ *Meredith Chaiken-Weiss, Esq.* |
|     John H. Faro, Esq. |     Meredith Chaiken-Weiss, Esq. |
|     Florida Bar No. 527459 |     Florida Bar No. 87927 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document was serviced by CM/ECF on this day to all counsel on the attached service list either via transmission of Notice of Electronic Filing generated by CM/ECF or as otherwise authorized for counsel or parties who are not authorized to receive electronic filings.

**CRGO Law**
7900 Glades Road, Suite 520
Boca Raton, FL 33434
Telephone: 561-922-3837
Facsimile: 561-244-1062
mchaiken@crgolaw.com

By: */s/ Meredith Chaiken-Weiss, Esq.*
 **Meredith Chaiken-Weiss, Esq.**
 Florida Bar No. 87927

## SERVICE LIST:

| | |
|---|---|
| **John H. Faro, Esquire**<br>Faro & Associates<br>1395 Brickell Avenue, Suite 800<br>Miami, FL 33131<br>Johnf7571@aol.com<br>*Counsel for Defendant* | **Steven M. Greenberg**<br>CRGO Law<br>7900 Glades Road, Suite 520<br>Boca Raton, FL  33434<br>sgreenberg@crgolaw.com<br>*Co-counsel for Plaintiff* |
| **Roger A. Farahmand**<br>The Farahmand Law Firm<br>801 East Campbell Road<br>Suite 345<br>Richardson, TX 75081<br>972-720-1000<br>roger@farahmandlaw.com<br>Pro Hac Vice Counsel for Plaintiff | **Albert Maggio**<br>CRGO Law<br>7900 Glades Road, Suite 520<br>Boca Raton, FL  33434<br>amaggio@crgolaw.com<br>*Co-counsel for Plaintiff* |